Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Monarchy Rancheros de Santa Fe, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 3 – 1 7 8 0 4 3 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Daniel Galvan** | |
| **736 Old Las Vegas Hwy** | |
| Number        Street | Number        Street |
| **Santa Fe, NM 87505** | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Santa Fe** | |
| County | |
| | Number        Street |
| | City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://rancherosdesantafe.com/** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 1 of 45

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7   2   1   2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                               MM / DD / YYYY

         District _____ When _____ Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                      MM / DD / YYYY

         Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City                                    State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## ▮ Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 3 of 45

Name

| 16. Estimated liabilities | | | |
|---|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __06/05/2025__
MM/ DD/ YYYY

**X** __/s/ Daniel Galvan__                      __Daniel Galvan__
Signature of authorized representative of debtor           Printed name

Title      __Authorized Member__

**18. Signature of attorney**

**X** __/s/ Marcus Sedillo__      Date __06/05/2025__
Signature of attorney for debtor           MM/ DD/ YYYY

__Marcus Sedillo__
Printed name

__Gatton & Associates, P.C.__
Firm name

__10400 Academy NE Suite 350__
Number      Street

__Albuquerque__           __NM__      __87111__
City                   State      ZIP Code

                              __marcus@gattonlaw.com__
Contact phone                       Email address

__149563__                          __NM__
Bar number                         State

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

**Daniel Galvan**
Printed name

Title     **Authorized Member**

**18. Signature of attorney**

X *Marcus Sedillo*
Signature of attorney for debtor

Date   **06/05/2025**
MM/ DD/ YYYY

**Marcus Sedillo**
Printed name

**Gatton & Associates, P.C.**
Firm name

**10400 Academy NE Suite 350**
Number     Street

**Albuquerque**     **NM**     **87111**
City     State     ZIP Code

_____
Contact phone

**marcus@gattonlaw.com**
Email address

**149563**
Bar number

**NM**
State

Official Form 201     Case 25-10691-j11     Doc 1     Filed 06/05/25     Entered 06/05/25 14:25:14 Page 5 of 45     page 4
Voluntary Petition for Non-Individuals Filing for Bankruptcy
Doc ID: b6050449e0ebb9dce778d219a7da018eeda64067

Fill in this information to identify the case:

Debtor Name **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the: District of **New Mexico**
(State)

Case number (If known):

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2. Cash on hand** | | | $150.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **CHECKING: Chase Bank 0102** | **Checking account** | 0 1 0 2 | $42,916.00 |
| 3.2. | **CHECKING: Chase Bank 1065** | **Checking account** | 1 0 6 5 | $9,500.00 |
| 3.3. | **CHECKING: Chase Bank 1073** | **Checking account** | 1 0 7 3 | $500.00 |
| 3.4. | **CHECKING: Chase Bank 1081** | **Checking account** | 1 0 8 1 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
| --- | --- | --- |
| 4.2 | | |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $53,066.00 |
| --- | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| | 7.1   **Security deposit** _____ | **unknown** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |
| | 8.1 _____ | _____ |
| | 8.2 _____ | _____ |

| 9. | **Total of Part 2** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | ⬚ |

---

**Part 3:**   Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |
| | 11a. 90 days old or less: | _____ - _____ = .... ➡ | _____ |
| | | face amount    doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | _____ - _____ = .... ➡ | _____ |
| | | face amount    doubtful or uncollectible accounts | |

| **12.** | **Total of Part 3** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | ⬚ |

---

**Part 4:**   Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership: | |
| | 15.1. _____ | _____ | _____ |

15.2._____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [_____]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br><br>**Office Front Desk and Chair** | unknown | **Estimate** | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br><br>**Office Computer, Scanner & Printer** | unknown | **Estimate** | $500.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | $1,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **Old Utility Golf Cart** | unknown | **Estimate** | $1,500.00 |
| | 47.2 **Old Utility Golf Cart** | unknown | **Estimate** | $1,500.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| 48.1 | | | | |
|------|--|--|--|--|
| 48.2 | | | | |

49. **Aircraft and accessories**

| 49.1 | | | | |
|------|--|--|--|--|
| 49.2 | | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|--|--|--|--|--|

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$3,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **RV Park /** 736 Old Las Vegas Highway Santa Fe, NM 87505 | **Fee Simple** | **unknown** | **Purchase Price** | **$4,500,000.00** |
| 55.2 **Land /** 16 Apache Creek Rd Santa Fe, NM 87505 | **Fee Simple** | **unknown** | **Purchase Price** | **$200,000.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$4,700,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| rancherosdesantafe.com | **unknown** | | **unknown** |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| Customer lists | **unknown** | | **unknown** |
| **64.** **Other intangibles, or intellectual property** | | | |
| | | | |
| **65.** **Goodwill** | | | |
| | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____

         Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____            _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

   **Nature of claim**    _____

   **Amount requested**    _____        _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   Right to Sue - More than $50,000.00 _____      **$50,000.00**

   **Nature of claim**    Tomas Diaz

   **Amount requested**    unknown

   Right to Sue - Less than $25,000.00 _____      **$25,000.00**

   **Nature of claim**    Tersila Sanchez

   **Amount requested**    unknown

   Right to Sue - Less than $200,000.00 _____      **$200,000.00**

   **Nature of claim**    Gene Chavez

   **Amount requested**    unknown

76. **Trusts, equitable or future interests in property**

_____            _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   Perishables: frozen meals, snacks, items on sale in front office _____      **$500.00**

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.       **$275,500.00**

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 13 of 45

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
| | ☑ No |
| | ☐ Yes |

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $53,066.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................➤ | | $4,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $275,500.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $332,566.00 | + 91b. $4,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | | $5,032,566.00 |

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 14 of 45

Fill in this information to identify the case:

Debtor name __Monarchy Rancheros de Santa Fe, LLC__

United States Bankruptcy Court for the: District of __New Mexico__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

__Thomas R. Brimacombe__

**Describe debtor's property that is subject to a lien**

Land

$200,000.00 | $200,000.00

**Creditor's mailing address**

__13 Melado Dr__

__Santa Fe, NM 87508__

**Describe the lien**

__Note & Mortgage__

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

brimacombe59@gmail.com

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** __08/25/2023__

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Remarks:** No acct #: for 6.6 Acre Parcel (Land)

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  |  $3,440,000.00

Case 25-10691-j11   Doc 1   Filed 06/05/25   Entered 06/05/25 14:25:14 Page 15 of 45

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Thomas R. Brimacombe & Elise A. Lincoln**

**Creditor's mailing address**

**13 Melado Dr**

**Santa Fe, NM 87508**

**Creditor's email address, if known**

brimacombe59@gmail.com

**Date debt was incurred** 08/25/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** No acct #: for RV Park

**Describe debtor's property that is subject to a lien**

RV Park

**Describe the lien**

Note & Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

$3,240,000.00 | $4,500,000.00

**Fill in this information to identify the case:**

Debtor name **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

**IRS**

**4041 N Central Ave Ste 112**

**Phoenix, AZ 85012-5000**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**IRS**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

| | | $0.00 | $0.00 |
|---|---|---|---|

| Part 1: | Additional Page |
|---|---|

**2.3**

Priority creditor's name and mailing address

**New Mexico Taxation & Revenue Department**

**Attn: Bankruptcy Unit**

**PO Box 50129**

**Albuquerque, NM 87181-0129**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

$0.00          $0.00

---

**2.4**

Priority creditor's name and mailing address

**New Mexico Taxation & Revenue Department**

**Attn: Bankruptcy Unit**

**PO Box 50129**

**Albuquerque, NM 87181-0129**

Date or dates debt was incurred

**2024**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**Remarks:** State or Local Property Tax

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**State or Local Property Tax**

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

---

**2.5**

Priority creditor's name and mailing address

**New Mexico Taxation & Revenue Department**

**Attn: Bankruptcy Unit**

**PO Box 50129**

**Albuquerque, NM 87181-0129**

Date or dates debt was incurred

**2024**

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**Remarks:** State or Local Sales Tax

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**State or Local Sales Tax**

Is the claim subject to offset?

☑ No
☐ Yes

unknown          unknown

Debtor **Monarchy Rancheros de Santa Fe, LLC**

Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

**2.6** Priority creditor's name and mailing address

**New Mexico Taxation & Revenue Department**

**Attn: Bankruptcy Unit**

**PO Box 50129**

**Albuquerque, NM 87181-0129**

Date or dates debt was incurred

**2023**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: State or Local Sales Tax

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

**State or Local Sales Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.7** Priority creditor's name and mailing address

**New Mexico Taxation & Revenue Department**

**Attn: Bankruptcy Unit**

**PO Box 50129**

**Albuquerque, NM 87181-0129**

Date or dates debt was incurred

**2024**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

**State or Local Unemployment Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00          $0.00

---

Debtor **Monarchy Rancheros de Santa Fe, LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.2** Nonpriority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the: District of **New Mexico**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Property Management Consulting Agreement | **IVEE Group LLC** |
| State the term remaining | 12 months | 1170 Peachtree Street NE #1150 |
| List the contract number of any government contract | | Atlanta, GA 30309 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name      **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the: District of   **New Mexico**
(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 23 of 45

| ▮ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name     **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1: Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*.................................................................................

| $4,700,000.00 |

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*.............................................................................

| $332,566.00 |

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*...............................................................................

| $5,032,566.00 |

**Part 2: Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $3,440,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

| $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

| +   $0.00 |

4. **Total liabilities**...................................................................................................................

    Lines 2 + 3a + 3b

| $3,440,000.00 |

Fill in this information to identify the case:

Debtor name    **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the:

**District of New Mexico**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **234,000 (as of 05/2025)**<br>**$0.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$522,000.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$242,000.00** |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City      State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tomas Diaz** <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City      State    ZIP Code <br><br> Relationship to debtor <br><br> **Former Employee - Operating Manager** | **10/2024** <br><br> **09/2024** | **$40,000.00** | **He was an operating manager** <br><br> _____ <br><br> _____ |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____  _____  _____  _____

     Creditor's name

     Street

     City            State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Rancheros de Santa Fe (SF) . . . v. Monarchy Rancheros de SF . . .** | **Civil - Foreclosure** | **State of New Mexico First Judicial District Court**<br>Name<br>**P.O. Box 2268**<br>Street<br>**Santa Fe County District Courthouse**<br>**Santa Fe, NM 87504**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>**D-101-CV-2025-00504** | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Monarchy Rancheros de Santa Fe, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

Street

| City | State | ZIP Code |

| Case title |
|---|

| Case number |
|---|

| Date of order or assignment |
|---|

| Court name and address |
|---|

Name

Street

| City | State | ZIP Code |

---

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

| City | State | ZIP Code |

| Recipient's relationship to debtor |
|---|

---

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** **x3 Tiny Homes - damaged by snow/hail** | **$0.00** | **Winter 2024** | **$105,000.00** |
| **10.2.** **Ford F-150 - stolen from the property** | **$0.00** | **09/2024** | **More than $11,000** |
| **10.3.** **Glass house - couldn't be assembled - lacking parts** | **$0.00** | **Unknown** | **$50,000.00** |

---

| Debtor | Monarchy Rancheros de Santa Fe, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Gatton & Associates, P. C** | **Attorney's Fees** | **06/03/2025** | **$10,000.00** |
| | **Attorney's Fees** | **04/07/2025** | **$1,446.75** |
| **Address** | **Attorney's Fees** | **03/19/2025** | **$2,500.00** |
| **10400 Academy Rd NE 350** | | | |
| Street | | | |
| **Albuquerque, NM 87111** | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

_____
Street

_____

_____
City          State     ZIP Code

**Relationship to debtor**

_____

---

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

14.1.  _____          From _____ To _____
       Street

       _____

       _____
       City          State     ZIP Code

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

15.1.  _____
       Facility name

       _____
       Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____
City          State     ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

| Debtor | **Monarchy Rancheros de Santa Fe, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Names, Addresses, Phone Numbers and Email IDs**

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Chase Bank** <br> Name <br><br> Street <br><br> City    State   ZIP Code | XXXX– **U** n **k** n | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **Unknown** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|----------------------------|
| | Name _____ | _____ | _____ | ☐ No |
| | Street _____ | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | City    State    ZIP Code | _____ | _____ | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|----------------------------|
| | Name _____ | _____ | _____ | ☐ No |
| | Street _____ | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | City    State    ZIP Code | _____ | _____ | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|--------------------------|------------------------------|-------|
| | | | _____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| _____ | | _____ | |
| City    State    ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Case 25-10691-j11    Doc 1    Filed 06/05/25    Entered 06/05/25 14:25:14 Page 33 of 45

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City   State   ZIP Code | _____ | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Monarchy Rancheros de Santa Fe, LLC** <br> Name <br> **736 Old Las Vegas Hwy** <br> Street <br> **c/o Neerav Jayaswal** <br> **Santa Fe**   **NM**   **87505** <br> City   State   ZIP Code | **New Mexico Environment Department** <br> Name <br> **121 Tijeras Ave NE** <br> Street <br> <br> **Albuquerque**   **NM**   **87102** <br> City   State   ZIP Code | ~~NMAC §20.7.10.100~~ | **05/15/2024** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ <br> Street _____ <br> _____ <br> City   State   ZIP Code | Name _____ <br> Street _____ <br> _____ <br> City   State   ZIP Code | _____ | _____ |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | **Monarchy Rancheros de Santa Fe, LLC** | Case number *(if known)* _____ |
| --- | --- | --- |
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |

25.1.

| Name |
| --- |
| Street |
| City    State    ZIP Code |

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____ To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| 26a.1. **Juan Griego** <br> Name <br> **PO Box 401** <br> Street <br><br> **Socorro, NM 87801** <br> City    State    ZIP Code | From **09/02/2024** To _____ |
| 26a.2. **Yun Lu Xu** <br> Name <br> **1220 5th St NW** <br> Street <br><br> **Albuquerque, NM 87102** <br> City    State    ZIP Code | From **01/01/2024** To **09/30/2024** |
| 26a.3. **Tersila Sanchez** <br> Name <br><br> Street <br><br> City    State    ZIP Code | From **09/02/2024** To **05/30/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| 26b.1. **Juan Griego** <br> Name <br> **PO Box 401** <br> Street <br><br> **Socorro, NM 87801** <br> City    State    ZIP Code | From **09/02/2024** To _____ |

| Debtor | Monarchy Rancheros de Santa Fe, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|

26b.2. **Yun Lu Xu**
Name

**1220 5th St NW**
Street

**Albuquerque, NM 87102**
City                              State                      ZIP Code

From **01/01/2024**   To **09/30/2024**

| Name and address | Dates of service |
|---|---|

26b.3. **Tersila Sanchez**
Name

Street

City                              State                      ZIP Code

From **09/02/2024**   To **05/30/2025**

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **IVEE Group LLC**
Name

**1170 Peachtree Street NE #1150**
Street

**Atlanta, GA 30309**
City                              State                      ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  **Juan Griego**
Name

**PO Box 401**
Street

**Socorro, NM 87801**
City                              State                      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  **IVEE Group LLC**
Name

**1170 Peachtree Street NE #1150**
Street

**Atlanta, GA 30309**
City                              State                      ZIP Code

Case 25-10691-j11   Doc 1   Filed 06/05/25   Entered 06/05/25 14:25:14 Page 36 of 45

Name

| Name and address |
| --- |

26d.2.   **Thomas Brimacombe c/o Moses, Farmer, Glenn, Gutierrez & Werntz, P. C.**

Name

**6000 Uptown Blvd NE #400**

Street

_____

**Albuquerque, NM 87110**

City                    State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

_____

City                    State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Galvan Capital LLC | | LLC General Partner / Asset Manager, | 31.66% |
| Happy Investments 168 LLC | 1718 Capitol Ave Cheyenne, WY 82001 | LLC General Partner / Asset Manager, | 13.66% |
| 736 Old Las Vegas LLC | 721 Limestone Rd Prosper, TX 75078 | LLC General Partner / Asset Manager, | 18.00% |
| Trinity Solution Group LLC | | , | 30.00% |
| Beyond Base Equity LLC | | , | 2.00% |
| ERC Investments LLC | | , | 1.60% |
| Specialized Trust Company | | , | 1.40% |
| Northgate Land Partners LLC | | , | 1.66% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Gene Chavez** | **1220 5th St NW Albuquerque, NM 87102** | **Operating Manager,** | From **08/01/2023** <br> To **09/30/2024** |
| **Tomas Diaz / Trinity Solution Group LLC** | | **Operating Manager,** | From **08/01/2023** <br> To **01/31/2025** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Tomas Diaz** <br> Name | **$20,000.00** <br> **$20,000.00** | **10/2024** <br> **09/2024** | **He was an operator** |

Street

_____

City              State     ZIP Code

| Relationship to debtor |
|------------------------|

**Former Employee**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/05/2025**
            MM/ DD/ YYYY

**X** **/s/ Daniel Galvan** _____      Printed name _____ **Daniel Galvan** _____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Authorized Member** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Debtor    **Monarchy Rancheros de Santa Fe, LLC**        Case number *(if known)* _____
      Name

X _____      Printed name      **Daniel Galvan**
     Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Authorized Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Doc ID: b6050449e0ebb9dce778d219a7da018eeda64067

Fill in this information to identify the case:

Debtor name     **Monarchy Rancheros de Santa Fe, LLC**

United States Bankruptcy Court for the:

    **District of New Mexico**

Case number (if known): _____

☐ Check if this is an
    amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

**Monarchy Rancheros de Santa Fe, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE DIVISION**

IN RE: **Monarchy Rancheros de Santa Fe, LLC**                    CASE NO

                                                                 CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **06/05/2025**   Signature                 **/s/ Daniel Galvan**         
                                                Daniel Galvan, Authorized Member

IN RE: **Monarchy Rancheros de Santa Fe, LLC**                    CASE NO

                                                                  CHAPTER **11**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **06/05/2025**          Signature _____

                                          Daniel Galvan, Authorized Member

Doc ID: b6050449e0ebb9dce778d219a7da018eeda64067

I R S
4041 N Central Ave Ste 112
Phoenix, AZ 85012-5000

I RS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

I VEE Group LLC
1170 Peachtree Street NE #1150
Atlanta, GA 30309

New Mexico Taxation &
Revenue Department
Attn: Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

Thomas R. Brimacombe
13 Melado Dr
Santa Fe, NM 87508

Thomas R. Brimacombe &
Elise A. Lincoln
13 Melado Dr
Santa Fe, NM 87508